VALENTI LAW APC
Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Raul Uriarte-Limon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>SEJONG CORPORATION, a California corporation; S.F.J. ALRABADI INC., a California corporation; ANTARA BHOWMICK, an individual dba AL'S LIQUOR & DELI; PARMJEET S. PUREWAL, an individual dba AL'S LIQUOR & DELI;; and DOES 1-10,<br>　　　Defendants. | Case No.: 5:23-cv-01223-JGB-SK<br><br>NOTICE OF SETTLEMENT |

NOTICE OF SETTLEMENT - 1

1  Plaintiff RAUL URIARTE-LIMON hereby notifies the court that a global
2  settlement has been reached in the above-captioned case and the parties would like
3  to avoid any additional expense and further the interests of judicial economy.
4  Plaintiff therefore applies to this Honorable Court to vacate all currently set dates
5  with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as
6  to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

8  Respectfully submitted,

10 DATED:  October 19, 2023                    VALENTI LAW APC

12                                  By:   */s/ Matt Valenti*

                                          Matt Valenti, Esq.
                                          Attorney for Plaintiff